IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LOLA SILAS                                                                                              PLAINTIFF

v.                                      CASE NO. 4:20-CV-01426-BSM

WALGREENS                                                                                          DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 16th day of July, 2021.

                                                                                            UNITED STATES DISTRICT JUDGE